**WILKIE v. CITY OF BOILING SPRING LAKES**

[369 N.C. 561 (2017)]

| | | |
|---|---|---|
| EDWARD F. WILKIE AND DEBRA T. WILKIE | ) ) ) | |
| v. | ) ) | From Brunswick County |
| CITY OF BOILING SPRING LAKES | ) | |

No. 44P17

## ORDER

Plaintiffs' petition for discretionary review is allowed only as to the first and third issues listed in plaintiffs' petition. Plaintiffs' discretionary review petition is denied as to any remaining issues.

By order of the Court, this the 3rd day of May, 2017.

s/Morgan, J.
For the Court

WITNESS my hand and the seal of the Supreme Court of North Carolina, this the 5th day of May, 2017.

J. BRYAN BOYD
Clerk, Supreme Court of
North Carolina

s/M.C. Hackney
Assistant Clerk, Supreme
Court of North Carolina